UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN N. TRICKLER, II,            )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>v.                                )<br>                                  )<br>MICHAEL J. ASTRUE,                )<br>Commissioner of Social           )<br>Security,                        )<br>                                  )<br>          Defendant.              ) | No. CV-11-00287-CI<br><br>ORDER GRANTING UNOPPOSED<br>MOTION TO REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g) |

BEFORE THE COURT is the Defendant's Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  ECF No. 21, 22.  Attorney Maureen Rosette represents Plaintiff; Special Assistant United States Attorney Stephanie Lynn F. Kiley represents Defendant.  The parties have consented to proceed before a magistrate judge.  ECF No. 8.  Plaintiff does not oppose the Motion or the proposed order submitted with Defendant's Motion.  After considering the file, briefs of the parties, and proposed order,

**IT IS ORDERED**:

1. Defendant's unopposed Motion to Remand, **ECF No. 21**, is **GRANTED**.  The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the Appeals Council will direct this matter be assigned to

ORDER GRANTING UNOPPOSED MOTION TO REMAND - 1

another administrative law judge (ALJ) who will review the entire record, obtain a new medical expert and vocational expert, obtain records pertaining to the involuntary commitment application, and evaluate Plaintiff's mental health issues, including drug and/or alcohol abuse. The ALJ will further assess Plaintiff's credibility and issue a new decision.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 13**, is stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED January 7, 2013.

                S/ CYNTHIA IMBROGNO
            UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING UNOPPOSED MOTION TO REMAND - 2